

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00837-CV

**IN THE INTEREST OF K.N.A., J.R.A., K.Y.A., J.C.A, CHILDREN**

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-001498-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The reporter's record was due on August 5, 2019, but has not been filed. On December 4, 2019, court reporter Ana L. Alcantar filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellant has failed to request the record in writing. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). If appellant fails to respond within the time provided, this court will set a thirty-day deadline for appellant to file her brief, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court